UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 AUG 27 AM 11: 04

| UNITED STATES OF AMERICA, | ) | Magistrate Docket No. |
|---|---|---|
| Plaintiff, | ) | '08 MJ 2 6 4 0 |
| | ) | COMPLAINT FOR VIOLATION OF: |
| v. | ) | |
| Melvin SOLER-Llanez, | ) | Title 8, U.S.C., Section 1326 |
| AKA: Carlos VARELA-Savedra | ) | Deported Alien Found in the |
| | ) | United States |
| Defendant | ) | |

The undersigned complainant, being duly sworn, states:

On or about **August 25, 2008** within the Southern District of California, defendant, **Melvin SOLER-Llanez AKA: Carlos VARELA-Savedra,** an alien, who previously had been excluded, deported and removed from the United States to **Honduras**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **27**th DAY OF **AUGUST, 2008**

William McCurine Jr.
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Melvin SOLER-Llanez
AKA: Carlos VARELA-Savedra

## PROBABLE CAUSE STATEMENT

On August 25, 2008, at approximately 4:30 P.M. Agent Flood responded to a call to meet with the San Diego Police Department who was holding one subject for an immigration evaluation. Agent Flood reported to the Police Station in downtown San Diego and contacted Officer P. Brown. Officer Brown told Agent Flood that the subject was encountered illegally in possession of a shopping cart that belonged to a Navy base commissary. The subject was interviewed and gave several false names. He was later discovered to be a previously deported criminal alien. Agent Flood approached the subject, identified as the defendant **Melvin SOLER-Llanez AKA: Carlos VARELA-Savedra** and identified himself as a Border Patrol Agent. He then questioned the defendant as to his immigration status. The defendant admitted to being a citizen of Honduras illegally present in the United States. At approximately 5:00 P.M., Officer Brown released the defendant into the Agent Flood's custody who then transported the defendant to Chula Vista Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Honduras** on **August 30, 2007** through **New Orleans, Louisiana.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

James Trombley
Senior Patrol Agent

William McCurine Jr.
U.S. Magistrate Judge

8/27/08
Date